IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PEDRO J. RODRIGUEZ COLON,**

    **Plaintiff,**

v.    CASE NO. 4:14cv47-MW/CAS

**M. PLISKIN D. GAY**
**and**
**K. W. CLARK,**

    **Defendants.**

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.11, filed June 20, 2014, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 12.  Upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted,** over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)."  The Clerk is directed to note on the docket

1

lines this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The Clerk shall close the file.

    **SO ORDERED on July 1, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
